THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br><br>ANNIE LEE KIRN,<br><br>Defendant. | CR-24-72-GF-BMM-3<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 19, 2025. (Doc. 126.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on November 18, 2025. (Doc. 1255.)  The government accused Annie Lee Kirn (Kirn) of violating the conditions of her supervised release by: (1) having contact with the victim of her offense during October 2025 without obtaining the written approval of the probation office; and (2) leaving the federal judicial district where she was authorized to reside, by traveling to North Dakota during October of 2025, without first obtaining permission from the court or her probation officer.  (Doc. 117.)

At the revocation hearing, Kirn admitted that she had violated the conditions of her supervised release as set forth in the Petition.  (Doc. 125.)

Judge Johnston found that the violations Kirn admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence until December 9, 2025 at 4:00 p.m. with 21 months of supervised release to follow. During and up to the first 90 days of her supervised release, Kirn shall be placed at Passages, an in-patient substance abuse treatment facility in Billings, Montana as directed by her probation officer. Upon successful completion of Passages, Kirn shall be placed in a residential re-entry center for up to 180 days as directed by her probation officer.  (Doc. 126.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and Recommendations (Doc. 126 ) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Annie Lee Kirn be sentenced to a term of custody until December 9, 2025 at 4:00 p.m. with 21 months of supervised release to follow. During and up to the first 90 days of her supervised release, Kirn shall be placed at Passages, an in-patient substance abuse treatment facility in Billings, Montana as directed by her probation officer. Upon successful completion of Passages, Kirn shall be placed in a residential re-entry center for up to 180 days as directed by her probation officer.

DATED this 19th day of November 2025.

_____
Brian Morris, Chief District Judge
United States District Court

Case 4:24-cr-00072-BMM   Document 127   Filed 11/21/25   Page 4 of 4